## A89A0951. FREEMAN v. VAN DYKE.
(387 SE2d 351)

CARLEY, Chief Judge.

Appellant-plaintiff filed suit, alleging a medical malpractice claim against appellee-defendant physician. Appellee answered and subsequently moved to dismiss for appellant's failure to file an expert's affidavit with the complaint. The trial court granted appellee's motion and appellant appeals.

The trial court did not err in dismissing appellant's complaint because of his failure to attach the expert's affidavit mandated by OCGA § 9-11-9.1. *Piedmont Hosp. v. Milton*, 189 Ga. App. 563 (377 SE2d 198) (1988). Compare *Bell v. Figueredo*, 259 Ga. 321 (380 SE2d 29) (1989).

*Judgment affirmed. McMurray, P. J., concurs. Beasley, J., concurs in judgment only.*

DECIDED SEPTEMBER 25, 1989 —
REHEARING DENIED OCTOBER 16, 1989 —

William J. Freeman, *pro se.*
Gilbert, Whittle, Harrell & Scarlett, Wallace E. Harrell III, Timothy Harden III, for appellee.